# United States Bankruptcy Court
## Eastern District of Tennessee

In re: **Robert Charles Egeland, Lauren Patricia Egeland**
Debtor(s)

Case No. **1:12-bk-11832**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: xxx-xx-8835

Joint Debtor's Social Security Number: xxx-xx-7248

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Robert Charles Egeland and Lauren Patricia Egeland

Street: 2013 Winding Lane

City, State and Zip: Hixson, TN 37343

Telephone #:

**Please be advised that effective January 19, 2016,
my (our) new mailing address and telephone number is:**

Name: Robert Charles Egeland and Lauren Patricia Egeland

Street: 3967 Atlanta Dr.

City, State and Zip: Chattanooga, TN 37415

Telephone #:

/s/ Robert Charles Egeland
**Robert Charles Egeland**
Debtor

/s/ Lauren Patricia Egeland
**Lauren Patricia Egeland**
Joint Debtor